# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SUSAN HOGAN,<br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS & MASTER FINANCIAL,<br><br>    Defendant. | Case No. CV-08-1539-PHX-MHM<br><br>**ORDER** |

Pursuant to a settlement reached between the parties,

IT IS HERE BY ORDERED that this case is ***dismissed with prejudice*** and with each party to bear its own costs.

Dated this 6th day of January, 2009.

_____
Mary H. Murgia
United States District Judge

1